UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEWIS MOCABY,           )<br>    Plaintiff,           )<br>                              )<br>vs.                          )<br>                              )<br>THE UNITED STATES OF AMERICA,  )<br>THE UNITED STATES ARMY CORPS   )<br>OF ENGINEERS, MERSINO DEWATERING )<br>INC., ALBERICI CONSTRUCTORS, INC., )<br>AECOM ENERGY & CONSTRUCTION,   )<br>INC., and WASHINGTON GROUP-ALBERICI )<br>JOINT VENTURE,               )<br>    Defendants.         ) | Case No. 3:19-cv-00580-GCS |

**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO
FED.R.CIV.P. RULE 41(a)(1)(A)(ii)**

Now comes plaintiff, Lewis Mocaby, by his undersigned counsel, and pursuant to settlement, dismisses the above-styled matter WITH PREJUDICE under authority of Fed.R.Civ.P. Rule 41(a)(1)(A)(ii). Counsel for all parties have authorized counsel for plaintiff Mocaby to affix their electronic signatures to this Stipulation for Dismissal.

DATED: November 2, 2022

Respectfully submitted,

By: /s/ *Roy C. Dripps*
    Roy C. Dripps #6182013
    Armbruster Dripps Blotevogel, LLC
    51 Executive Plaza Court
    Maryville, IL 62062
    (618) 208-0320
    royd@adwblaw.com
    *Attorney for Plaintiff, Mocaby*

By: */s/ Robert A. Roth (w/consent)*
    Robert A. Roth
    Reed Smith LLP
    10 South Wacker Drive, 40th Floor
    Chicago, IL 60606-7507
    rroth@reedsmith.com
    *Attorney for Mersino Dewatering, Inc.*

By: */s/ Theodore H. Lucas (w/consent)*
    Theodore H. Lucas, #06203138
    FOX SMITH LLC
    One S. Memorial Drive, 12th Floor
    St. Louis, Missouri  63102
    (314) 588-7000
    (314) 588-1965 (Fax)
    tlucas@foxgalvin.com
    *Attorney for WGA Defendants*

By: */s/ Michael W. Kerns (w/consent)*
    Michael W. Kerns
    United States Department of Justice
    Civil Division, Torts Branch
    Aviation, Space & Admiralty Litigation
    P.O. Box 14271
    Washington, DC 20044
    Tel: (202) 616-4020
    Fax: (202) 616-4002
    Michael.Kerns@usdoj.gov
    *Attorney for the United States*